UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAHLEEL MCINTOSH and AKEEM CORBIN,
Individually and on behalf of all other persons
similarly situated,

                Plaintiffs,              JUDGMENT

     v.                                23-cv-8105 (JRC)

JABCO CONTRACTINC INC. and JOHN DOE,
Individually, Jointly and Severally,

                Defendants.
-----------------------------------------------------------------X

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on August 16, 2024; and Defendant Jabco Contracting Inc., having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Jahleel McIntosh in the amount of $12,750.00, which is inclusive of all attorneys' fees, all costs, and other damages of any kind Plaintiff Jahleel McIntosh seeks in this action; it is

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Jahleel McIntosh and against Defendant Jabco Contracting Inc., in the amount of $12,750.00, which is inclusive of all attorneys' fees, all costs, and other damages of any kind Plaintiff Jahleel McIntosh seeks in this action.

Dated: Brooklyn, New York                Brenna B. Mahoney
       August 21, 2024             Clerk of Court

                          By:    */s/Jalitza Poveda*
                                 Deputy Clerk